# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135095

PARNALL SEATON-EL, #159030

      Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.

_____

SC: 135095
CoA: 276335

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of October 16, 2007, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2007

_____
Clerk

jm